**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**ADAM CHARLES SELLERS,**

**Plaintiff,**

**v.** **Case No. 3:26-cv-4673-TKW-ZCB**

**FRANNIE NATALIE, et al.,**

**Defendants.**
__________________________________/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 11). No objections were filed.

Upon due consideration of the Report and Recommendation, the Court agrees with the magistrate judge's determination that this case should be dismissed because the amended complaint, like the original complaint, is an impermissible shotgun pleading. Accordingly, it is

ORDERED that:

1. The Report and Recommendation is adopted and incorporated by reference into this Order.

2. This case is DISMISSED without prejudice because the amended complaint is an impermissible shotgun pleading.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 13th day of November, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**